HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFREDO ACOSTA-GINORI, | Case No.  2:25-cv-02649-RAJ |
| Petitioner, | ORDER |
| v. | |
| PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; LAURA HERMOSILLO, Acting Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement, | |
| Respondents. | |

ORDER - 1

| | |
|---|---|
| 1 | THIS MATTER comes before the Court on Petitioner's motion to proceed in |
| 2 | forma pauperis, Dkt. # 1, and motion to appoint counsel, Dkt. # 2. The Court has |
| 3 | reviewed the motions, the submissions in support of the motions, and the balance of the |
| 4 | record. |
| 5 | The Court finds the Petitioner is unable to pay the filing fee in this case. Further, |
| 6 | the Court finds the Petitioner does not have the financial resources to retain counsel and |
| 7 | that this action presents complex issues of law that would benefit from the presence of |
| 8 | counsel. Petitioner's motion to appoint counsel was submitted by Assistant Federal |
| 9 | Public Defender Sara Brin, who indicated her willingness to present Petitioner in this |
| 10 | matter. |
| 11 | Accordingly, Petitioner's motion to proceed in forma pauperis, Dkt. # 1, and |
| 12 | motion to appoint counsel, Dkt. # 2, are **GRANTED**. Assistant Federal Public Defender |
| 13 | Sara Brin is appointed to represent Petitioner. |

DATED this 30th day of December, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2